UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION,

*Petitioner*,

- v. -

MOUNT SINAI HOSPITALS GROUP, INC.,

*Respondent*.

26 Misc. 532 (KPF)

**NOTICE OF APPEARANCE**

To: Clerk of Court
United States District Court, Southern District of New York

The undersigned attorney respectfully requests that the Clerk note his appearance in this case on behalf of respondent Mount Sinai Hospitals Group, Inc., and add him as a Filing User to whom Notices of Electronic Filing will be transmitted.

Dated: November 4, 2026
New York, New York

Respectfully submitted,

By: /s/ *Jarrod L. Schaeffer*

Jarrod L. Schaeffer
ABELL ESKEW LANDAU LLP
256 Fifth Avenue, 5th Floor
New York, New York 10001
(646) 970-7339
jschaeffer@aellaw.com

*Counsel for Respondent*

cc: Counsel of Record (via ECF)