# Exhibit D

**Navedo, Ivan**

**From:** Vaughan, Ross (Cooper) <rvaughan@ftc.gov>
**Sent:** Monday, November 16, 2026 2:28 PM
**To:** Navedo, Ivan; Cohen, Jonathan; Chiang Rubin, Annie; Bugbee, Jonathan (Jay); Trujillo, Lauren; Dingman, Michael; Clausen, Hans
**Cc:** Faiella, Matthew; Dirks, Katherine (AGO); Ross, Kate; Cambier, Adam (AGO); Carmen, Morgan (AGO); Srinivasan, Sudarsana
**Subject:** RE: FTC v. Mount Sinai, 1:26-mc-532 (SDNY)

Ivan,

The FTC understands the New York Attorney General's Office to be requesting an extension not to determine whether the challenged statute applies to the federal subpoena, but to determine whether the New York Attorney General's Office will exercise its prosecutorial discretion not to enforce the law in this individual case. Federal law supplies the timeline for productions under a Rule 45 subpoena, and the challenged state law interferes with federal law in this case, including by unlawfully extending that timeline. Granting state authorities case-by-case extensions to determine whether to enforce an invalid law simply increases the injury caused by the preempted state law and the interference with federal law. Given those concerns, and given the New York Attorney General's Office's refusal to confer regarding this request, the FTC opposes the motion.

Should your office decide to proceed with the request, please include the foregoing as the FTC's reasons for refusing to consent.

Best,
Cooper

**R. Cooper Vaughan**
Assistant Director
Bureau of Consumer Protection
Federal Trade Commission
rvaughan@ftc.gov

---

**From:** Navedo, Ivan <Ivan.Navedo@ag.ny.gov>
**Sent:** Monday, November 16, 2026 1:07 PM
**To:** Vaughan, Ross (Cooper) <rvaughan@ftc.gov>; Cohen, Jonathan <jcohen2@ftc.gov>; Chiang Rubin, Annie <achiang@ftc.gov>; Bugbee, Jonathan (Jay) <jbugbee@ftc.gov>; Trujillo, Lauren <ltrujillo@ftc.gov>; Dingman, Michael <mdingman@ftc.gov>; Clausen, Hans <hclausen@ftc.gov>
**Cc:** Faiella, Matthew <Matthew.Faiella@ag.ny.gov>; Dirks, Katherine (AGO) <katherine.dirks@mass.gov>; Ross, Kate <Kate.Ross@ag.ny.gov>; Cambier, Adam (AGO) <Adam.Cambier@mass.gov>; Carmen, Morgan (AGO) <Morgan.Carmen@mass.gov>; Srinivasan, Sudarsana <Darsana@ag.ny.gov>
**Subject:** RE: FTC v. Mount Sinai, 1:26-mc-532 (SDNY)

You don't often get email from ivan.navedo@ag.ny.gov. Learn why this is important

Cooper,

We received a request from Mount Sinai on November 10, 2026, which gave us a written description of documents Mount Sinai intends to produce. We told you, on October 13, that our review of a proposed production would have to rest on the materials at-issue, and the new subpoenas raise additional considerations. OAG needs time to consider the documents to be produced, to evaluate possible risks to patients, providers and their families, and to balance the interests of not only individuals implicated in this matter but also to third parties before determining whether to take a non-enforcement position.

As we are not in a position to discuss our internal review procedures, a conference would be pointless. Again, please let us know your position on the proposed extension which would extend all parties' deadlines.

Best,

**Andres Ivan Navedo | Assistant Attorney General**
(212) 416-8165

---

**From:** Vaughan, Ross (Cooper) <rvaughan@ftc.gov>
**Sent:** Monday, November 16, 2026 12:03 PM
**To:** Navedo, Ivan <Ivan.Navedo@ag.ny.gov>; Cohen, Jonathan <jcohen2@ftc.gov>; Chiang Rubin, Annie <achiang@ftc.gov>; Bugbee, Jonathan (Jay) <jbugbee@ftc.gov>; Trujillo, Lauren <ltrujillo@ftc.gov>; Dingman, Michael <mdingman@ftc.gov>; Clausen, Hans <hclausen@ftc.gov>
**Cc:** Faiella, Matthew <Matthew.Faiella@ag.ny.gov>; Dirks, Katherine (AGO) <katherine.dirks@mass.gov>; Ross, Kate <Kate.Ross@ag.ny.gov>; Cambier, Adam (AGO) <Adam.Cambier@mass.gov>; Carmen, Morgan (AGO) <Morgan.Carmen@mass.gov>; Srinivasan, Sudarsana <Darsana@ag.ny.gov>
**Subject:** RE: FTC v. Mount Sinai, 1:26-mc-532 (SDNY)

Ivan,

Apologies for the delay, Jonathan is out on out paternity leave which has delayed our response. Could you let us know your availability to confer regarding this request? On our call on October 13th, your office indicated that it had presented its view to Mount Sinai on what the statute requires of them as a healthcare provider located in New York, including obtaining an affirmation from the FTC that we cannot and will not provide. Given that position and because you have already declined (including at our request) to provide Mount Sinai the assurances it asks for now, we want to understand what has changed and to evaluate the likelihood of you granting Mt. Sinai's request. We are further concerned that this will only serve to further delay Mt. Sinai's compliance with the subpoena. It is likewise unclear to us how the existence of other subpoenas impacts your office's ability to provide the court with your position on the constitutionality of the challenged statute on the timeline ordered by the court.

Best,
Cooper

**R. Cooper Vaughan**
Assistant Director
Bureau of Consumer Protection
Federal Trade Commission
rvaughan@ftc.gov

---

**From:** Navedo, Ivan <Ivan.Navedo@ag.ny.gov>
**Sent:** Monday, November 16, 2026 11:51 AM

**To:** Cohen, Jonathan <jcohen2@ftc.gov>; Vaughan, Ross (Cooper) <rvaughan@ftc.gov>; Chiang Rubin, Annie <achiang@ftc.gov>; Bugbee, Jonathan (Jay) <jbugbee@ftc.gov>; Trujillo, Lauren <ltrujillo@ftc.gov>; Dingman, Michael <mdingman@ftc.gov>; Clausen, Hans <hclausen@ftc.gov>
**Cc:** Faiella, Matthew <Matthew.Faiella@ag.ny.gov>; Dirks, Katherine (AGO) <katherine.dirks@mass.gov>; Ross, Kate <Kate.Ross@ag.ny.gov>; Cambier, Adam (AGO) <Adam.Cambier@mass.gov>; Carmen, Morgan (AGO) <Morgan.Carmen@mass.gov>; Srinivasan, Sudarsana <Darsana@ag.ny.gov>
**Subject:** RE: FTC v. Mount Sinai, 1:26-mc-532 (SDNY)

Some people who received this message don't often get email from ivan.navedo@ag.ny.gov. Learn why this is important

Hello,

The FTC has not responded to our request from November 12. See below. If we do not have your response to our proposed extension by 3pm EST today, we will have to file our request and tell the court that the FTC failed to respond.

Best,

Ivan

**Andres Ivan Navedo | Assistant Attorney General**
(212) 416-8165

---

**From:** Navedo, Ivan
**Sent:** Friday, November 13, 2026 2:53 PM
**To:** Faiella, Matthew <Matthew.Faiella@ag.ny.gov>; Cohen, Jonathan <jcohen2@ftc.gov>; Srinivasan, Sudarsana <Darsana@ag.ny.gov>; Ross, Kate <Kate.Ross@ag.ny.gov>
**Cc:** Chiang, Annie <achiang@ftc.gov>; Vaughan, Ross (Cooper) <rvaughan@ftc.gov>; Dingman, Michael <mdingman@ftc.gov>; Clausen, Hans <hclausen@ftc.gov>; Trujillo, Lauren <ltrujillo@ftc.gov>; Bugbee, Jonathan (Jay) <jbugbee@ftc.gov>; Dirks, Katherine (AGO) <katherine.dirks@mass.gov>; Adam.Cambrier@mass.gov; Carmen, Morgan (AGO) <Morgan.Carmen@mass.gov>
**Subject:** RE: FTC v. Mount Sinai, 1:26-mc-532 (SDNY)

Hello,

As there was an Outlook outage yesterday that appears to have ended this morning but we have not received a response from the FTC, please see below for yesterday's correspondence from Matt Faiella.

Best,

Ivan

**Andres Ivan Navedo | Assistant Attorney General**
(212) 416-8165

---

**From:** Faiella, Matthew <Matthew.Faiella@ag.ny.gov>
**Sent:** Thursday, November 12, 2026 12:38 PM
**To:** Cohen, Jonathan <jcohen2@ftc.gov>; Srinivasan, Sudarsana <Darsana@ag.ny.gov>; Ross, Kate <Kate.Ross@ag.ny.gov>; Navedo, Ivan <Ivan.Navedo@ag.ny.gov>
**Cc:** Chiang, Annie <achiang@ftc.gov>; Vaughan, Ross (Cooper) <rvaughan@ftc.gov>; Dingman, Michael <mdingman@ftc.gov>; Clausen, Hans <hclausen@ftc.gov>; Trujillo, Lauren <ltrujillo@ftc.gov>; Bugbee, Jonathan (Jay) <jbugbee@ftc.gov>; Dirks, Katherine (AGO) <katherine.dirks@mass.gov>; Adam.Cambrier@mass.gov; Carmen, Morgan

(AGO) <Morgan.Carmen@mass.gov>
**Subject:** RE: FTC v. Mount Sinai, 1:26-mc-532 (SDNY)

Hi Jonathan,

Since the FTC filed its motion to compel against Mount Sinai in SDNY, Case No. 26-mc-00532, OAG has received a letter from Mount Sinai requesting that OAG will not enforce the Shield Law as it relates to their anticipated production. *See* attached letter. Further, OAG has learned that the FTC has sent similar subpoenas to NYU Langone and the University of Rochester Medical Center.

Given these developments, we will request a 30-day extension from the Court of its deadlines to file our invited brief (currently scheduled for November 30) and for the hearing (currently scheduled for December 2). Per Judge Failla's Individual Civil Rule 2.C.i., please let us know whether the FTC consents, and, if not, the reasons for refusing to consent.

Thank you,
Matt

---

**From:** Faiella, Matthew
**Sent:** Thursday, October 29, 2026 1:16 PM
**To:** Cohen, Jonathan <jcohen2@ftc.gov>; Srinivasan, Sudarsana <Darsana@ag.ny.gov>; Ross, Kate <Kate.Ross@ag.ny.gov>; Navedo, Ivan <Ivan.Navedo@ag.ny.gov>
**Cc:** Chiang, Annie <achiang@ftc.gov>; Vaughan, Ross (Cooper) <rvaughan@ftc.gov>; Dingman, Michael <mdingman@ftc.gov>; Clausen, Hans <hclausen@ftc.gov>; Trujillo, Lauren <ltrujillo@ftc.gov>; Bugbee, Jonathan (Jay) <jbugbee@ftc.gov>; Dirks, Katherine (AGO) <katherine.dirks@mass.gov>; Adam.Cambrier@mass.gov; Carmen, Morgan (AGO) <Morgan.Carmen@mass.gov>
**Subject:** RE: FTC v. Mount Sinai, 1:26-mc-532 (SDNY)

Hi Jonathan,

Thank you for providing this update. We will reach out if we have any items to discuss. Please feel free to reach out if you have any items you wish to discuss.

Thank you,
Matt

**Matthew Faiella | Special Counsel for LGBTQIA+ Rights**
Civil Rights Bureau
Office of the New York State Attorney General
28 Liberty St., New York, NY 10005
(917) 710-7712, mobile
matthew.faiella@ag.ny.gov | www.ag.ny.gov
Pronouns: he/him/his

---

**From:** Cohen, Jonathan <jcohen2@ftc.gov>
**Sent:** Wednesday, October 28, 2026 12:53 PM
**To:** Srinivasan, Sudarsana <Darsana@ag.ny.gov>; Ross, Kate <Kate.Ross@ag.ny.gov>; Faiella, Matthew <Matthew.Faiella@ag.ny.gov>; Navedo, Ivan <Ivan.Navedo@ag.ny.gov>
**Cc:** Chiang, Annie <achiang@ftc.gov>; Vaughan, Ross (Cooper) <rvaughan@ftc.gov>; Dingman, Michael <mdingman@ftc.gov>; Clausen, Hans <hclausen@ftc.gov>; Trujillo, Lauren <ltrujillo@ftc.gov>; Bugbee, Jonathan (Jay) <jbugbee@ftc.gov>; Dirks, Katherine (AGO) <katherine.dirks@mass.gov>; Adam.Cambrier@mass.gov; Carmen, Morgan

(AGO) <Morgan.Carmen@mass.gov>
**Subject:** RE: FTC v. Mount Sinai, 1:26-mc-532 (SDNY)

[EXTERNAL]

Please see the attached, which we're forwarding as you may not be on ECF for this matter yet.

Also, further to my prior email, once you've had an opportunity to consider our filing, we would welcome the opportunity to continue dialogue. Just let us know.

Thanks,

**Jonathan Cohen**
Acting Deputy Director
Bureau of Consumer Protection | Federal Trade Commission
600 Pennsylvania Avenue, N.W., HQ-462 Washington, D.C. 20580
(202) 326-2551 | jcohen2@ftc.gov

---

**From:** Clausen, Hans <hclausen@ftc.gov>
**Sent:** Tuesday, October 27, 2026 1:23 PM
**To:** sarah.stewart@reedsmith.com; jlayne@reedsmith.com; jensor@reedsmith.com; CHayes-Deats@lowellandassociates.com; Schuyler Standley <sstandley@lowellandassociates.com>; Abbe David Lowell <adlowell@lowellandassociates.com>; Katherine.Dirks@mass.gov; Morgan.Carmen@mass.gov; Adam.Cambrier@mass.gov; Darsana@ag.ny.gov; Kate.Ross@ag.ny.gov; Matthew.Faiella@ag.ny.gov; Ivan.Navedo@ag.ny.gov
**Cc:** DavidBizar-contact <David.Bizar@oag.texas.gov>; CharlesGartland-contact <Charles.gartland@alaska.gov>; EricWessan-contact <eric.wessan@ag.iowa.gov>; BanjaminSwanson-contact <Benjamin.Swanson@nebraska.gov>; Cohen, Jonathan <jcohen2@ftc.gov>; Chiang, Annie <achiang@ftc.gov>; Vaughan, Ross (Cooper) <rvaughan@ftc.gov>; Dingman, Michael <mdingman@ftc.gov>
**Subject:** FTC v. Mount Sinai, 1:26-mc-532 (SDNY)

Counsel:

Attached please find an FTC letter filed today in, and in accordance with the Local Rules of, the United States District Court for the Southern District of New York requesting transfer of or, in the alternative, a pre-motion conference concerning the FTC's forthcoming Motion to Compel Compliance With Federal Court Subpoena directed to Mount Sinai Hospitals Group, Inc., along with a Notice of Constitutional Challenge to the New York Attorney General's Office.

**Hans Clausen**
**Attorney | Federal Trade Commission | Bureau of Consumer Protection**
404-656-1361 (Direct)
202-250-0763 (Work cell)

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.