ABELL ESKEW LANDAU

JARROD L. SCHAEFFER
646-970-7339 (direct dial)
jschaeffer@aellaw.com
aellaw.com

256 Fifth Avenue, 5th Floor
New York, New York 10001

November 19, 2026

**By ECF**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** ***Federal Trade Commission v. Mount Sinai Hospitals Group, Inc.*****,**
**26 Misc. 532 (KPF)**

Your Honor:

We represent respondent Mount Sinai Hospitals Group, Inc. ("MSHG"), in the above-referenced matter, and write respectfully to seek clarification regarding the Court's recent order adjourning briefing and the hearing scheduled in this case. (Dkt. 17.)

On October 27, 2026, the Court ordered, *inter alia*, that "Respondent and the State of New York are invited to submit briefs in response to the FTC's letter motion . . . due on or before November 30, 2026," and that "[o]n December 2, 2026, at 3:30 p.m., counsel for the FTC, Respondent, and for non-party the State of New York, shall appear for a conference with the Court . . . ." (Dkt. 6 at 9.) On November 16, 2026, the Office of the Attorney General for the State of New York ("OAG") sought "a 30-day extension . . . for both the brief deadline and hearing date for all parties."[1] (Dkt. 14 at 1.) On November 18, 2026, the Court granted the OAG's request, directing that the "OAG's deadline to submit their brief . . . is hereby ADJOURNED to on or before December 29, 2026," and "the hearing previously scheduled for December 2, 2026, at 3:30 p.m., is hereby ADJOURNED to January 6, 2027, at 11:00 a.m." (Dkt. 17 at 2.)

Out of an abundance of caution, MSHG seeks to confirm that the Court's adjournment of the briefing deadline likewise applies to any submission to be filed by MSHG. To the extent the Court did not already extend that deadline for MSHG as well, MSHG respectfully submits that a commensurate extension is appropriate given that (*i*) the Court originally contemplated a uniform briefing schedule; (*ii*) the extension provided to the OAG was granted, in part, to permit additional time to consider and address discussions between the OAG and MSHG; (*iii*) any position taken by MSHG may depend in part on the outcome of those discussions and/or the position taken by the

[1] The Federal Trade Commission ("FTC") opposed the OAG's request on the same date. (Dkt. 15.)

OAG; and (*iv*) a commensurate extension for MSHG would not cause any delay or further extend the schedule already set by the Court.[2]

Accordingly, MSHG respectfully seeks to clarify that the Court's adjournment of the prior briefing deadline also applies to any submission by MSHG; if it does not, MSHG requests in the alternative that it be granted an extension commensurate with that afforded the OAG.

Respectfully submitted,

*Jarrod L. Schaeffer*

Jarrod L. Schaeffer

ABELL ESKEW LANDAU LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001
(646) 970-7339
jschaeffer@aellaw.com

*Counsel for Mount Sinai Hospitals Group, Inc.*

cc: Counsel of Record (via ECF)

[2] The Court's prior order also directed MSHG to state in any response "whether [it] consent[s] to the FTC's transfer motion." (Dkt. 6 at 9.) For various reasons, including—as the Court noted—that "Respondent and nonparty, the State of New York, are located within this Court's jurisdiction" (*id.*), MSHG does not consent to any transfer at this time.