NYCLU
ACLU of New York

New York Civil Liberties Union
125 Broad St, 19th Floor
New York, NY 10004
(212) 607-3300
www.nyclu.org

November 19, 2026

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 2103
New York, NY 10007

Re: *Federal Trade Commission v. Mount Sinai Hospitals Group, Inc.*, No. 26-mc-00532

Dear Judge Failla,

We represent the plaintiffs in *Coe et al. v. Blanche et al.*, No. 1:26-cv-04641-KPF, a provisionally certified class of transgender young people and their parents whose identifying and sensitive medical information the government has sought to obtain from, among other entities, the respondent here, *see id.*, Dkt. 71 (provisional class certification and preliminary injunction order). We write respectfully to seek clarification regarding the deadline for filing a proposed *amicus curiae* brief in this matter.

This Court's Order dated October 27, 2026, instructed the respondent Mt. Sinai Hospitals Group, Inc., and non-party New York State to file briefs on or before November 30, 2026, in anticipation of a December 2 hearing. *See* Dkt. 6 at 9. The Court also stated that "potentially impacted individuals," including "any potential intervenors" here, would have the opportunity to "be heard prior to the hearing on December 2." *Id.* On November 18, in response to New York State's request for an extension, the Court extended "OAG's deadline" to submit their brief to December 29, 2026, and adjourned the hearing previously scheduled for December 2 to January 6, 2027. Dkt. 17 at 2.

The *Coe* class intends to seek permission to submit an *amicus curiae* brief in advance of that hearing, as "potentially impacted individuals" whose rights—and whose injunction from this Court—are implicated by the proceedings in this case. We are prepared to meet any court-ordered deadline for such a submission and write to seek clarity regarding whether the extended December 29 deadline for non-party New York State applies to non-party proposed *amici* as well.

We thank the Court for its consideration of this letter.

Sincerely,

_/*Robert Hodgson*___________

Robert Hodgson
Gabriella Larios
Anya Weinstock
**New York Civil Liberties Union Foundation**
125 Broad Street, 19th Floor
New York, New York 10004
Telephone: 212-607-3300
rhodgson@nyclu.org
glarios@nyclu.org
aweinstock@nyclu.org

Chase B. Strangio
Shana Knizhnik
**American Civil Liberties Union Foundation**
125 Broad Street, Floor 18
New York, New York 10004
Telephone: 212-549-2500
Facsimile: 212-549-2650
cstrangio@aclu.org
sknizhnik@aclu.org

Elizabeth Gill
Adrienne Spiegel
**American Civil Liberties Union Foundation**
425 California Street, Suite 700
San Francisco, California 94104
Telephone: 415-343-0779
egill@aclu.org
a.spiegel@aclu.org

Omar Gonzalez-Pagan
Karen L. Loewy
**Lambda Legal Defense and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, New York 10005
Telephone: 212-809-8585
Facsimile: 855-535-2236
ogonzalez-pagan@lambdalegal.org
kloewy@lambdalegal.org

Nora Huppert
**Lambda Legal Defense and Education Fund, Inc.**
3656 N. Halsted St.
Chicago, Illinois 60613
Telephone: 312-605-3233
Facsimile: 855-535-2236
nhuppert@lambdalegal.org

A.D. Sean Lewis
**Lambda Legal Defense and Education Fund, Inc.**
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
Telephone: 213-382-7600
Facsimile: 855-535-2236
alewis@lambdalegal.org

Joshua S. Margolin
**Selendy Gay PLLC**
1290 Avenue of the Americas
New York, New York 10104
(212) 390-9000
jmargolin@selendygay.com